IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02730-LTB

ALTON J. GAINES, JR.,

    Applicant,

v.

[NO NAMED RESPONDENT],

    Respondent.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 29, 2012, it is hereby

    ORDERED that Judgment is entered in favor of the unnamed Respondent and against Applicant.

    DATED at Denver, Colorado, this 29 day of November, 2012.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/ M.J. Garcia
                          Deputy Clerk